Fill in this information to identify the case:

Debtor name: GWG INVESTMENTS, LLC

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known): 16-25371

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Atnight Media c/o Evan S. Kagan 3098 Stirling Road, Ste 102 Hollywood, FL 33021 | | | Unliquidated Disputed | | | $39,000.00 |
| Bank of America PO Box 982238 El Paso, TX 79998 | | | Disputed | | | $66,724.64 |
| City of Sunrise 14150 NW 8th Street Sunrise, FL 33325 | | | Disputed | | | $1,577.68 |
| Comcast PO Box 530098 Atlanta, GA 30353 | | | Disputed | | | $775.93 |
| DirecTv PO BOX 6550 Greenwood Village, CO 80155 | | | Disputed | | | $560.48 |
| Eduardo Gomez 1110 NW 111th Avenue Plantation, FL 33322 | | Wages | | | | $5,623.11 |
| Florida Power and Light 4200 W. Flagler Street Miami, FL 33134 | | | Disputed | | | $3,104.05 |
| Internal Revenue Service PO Box 17167 Stop SPF/5730/BKC Fort Lauderdale, FL 33318 | | noticing purposes | | | | $0.00 |
| Ireland Davie, LTD c/o David Black 7805 SW 6th Court Fort Lauderdale, FL 33324 | | | Unliquidated Disputed | | | $42,000.00 |

Official form 204            Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims            page 1

Debtor  GWG INVESTMENTS, LLC  
          Name

Case number *(if known)*  16-25371

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Protection one<br>800 E. Waterman<br>Wichita, KS 66202 | | | Disputed | | | $251.22 |
| Suburban Propane<br>PO Box 260<br>Whippany, NJ 07981 | | | Disputed | | | $1,702.51 |
| SYSCO South Florida, Inc.<br>c/o Thomas E. Krause<br>9700 S. Dixie Hwy, Ste 1000<br>Miami, FL 33156 | | | Disputed | | | $6,656.89 |
| Waste Management<br>PO Box 42930<br>Phoenix, AZ 85080 | | | Disputed | | | $3,475.50 |